Dear Judge Jackson,

I would like to start off by simply saying I'm sorry, to the many people I have affected by my irrational actions, I fully realies the severity of my actions and how wrong they were and I embarrased and ashamed. Not just for my family but for the Navy, my command. My parents raised me to do and be better and I know I will. I would never do anything remotely close to this again, I know this will be my last and only time in a sitution similar to this. This was a horrible decision. I have a great future and this a obstacle that will be overcome, I will make a positive impact on not only my community but my family. I will comeback from this a successful buisnessman and even better father.

Sincerely, Allante Arrington